No. 96–7370. WILSON v. UNITED STATES ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 11, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 96–7181. IN RE PALLETT;

No. 96–7209. IN RE BROWN;

No. 96–7315. IN RE KUKES;

No. 96–7345. IN RE RAMIREZ-VALADEZ;

No. 96–7433. IN RE STEARMAN;

No. 96–7498. IN RE BREWER;

No. 96–7537. IN RE CAMPBELL;

No. 96–7567. IN RE GALLARDO;

No. 96–7637. IN RE RIES;

No. 96–7661. IN RE COTTON; and

No. 96–7670. IN RE YOUNGBEAR. Petitions for writs of habeas corpus denied.

No. 96–7175. IN RE BARTH;

No. 96–7309. IN RE TAMAYO; and

No. 96–7539. IN RE VISINTINE. Petitions for writs of mandamus denied.

No. 96–7272. IN RE SIMON. Petition for writ of mandamus and/or prohibition denied.

No. 96–541. IN RE STEFFEN, CHIEF JUSTICE, NEVADA SUPREME COURT, ET AL. Sup. Ct. Nev. Petition for writ of mandamus and/or prohibition and/or certiorari denied.

No. 96–829. IN RE WHITEHEAD. Sup. Ct. Nev. Motion for leave to intervene in order to file petition for writ of mandamus and/or prohibition and/or certiorari denied. Petition for writ of mandamus and/or prohibition and/or certiorari denied.

No. 96–871. STATE OIL CO. v. KHAN ET AL. C. A. 7th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition.